UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARIE L. BLACK, et al.,**

    **Plaintiffs,**                    Case No. 2:96-cv-326
                                       JUDGE GREGORY L. FROST
    v.                          Magistrate Judge Terence P. Kemp

**COLUMBUS PUBLIC SCHOOLS,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of Plaintiff's December 27, 2011 filing titled "Motion Corrections and Continuation of Plaintiff's Answers to Defendant's Interrogatories and Productions according to District Court's Order." (ECF No. 367.) In this filing, it appears that Plaintiff seeks to amend portions of her December 21, 2011 filing despite the fact that this case was dismissed on May 23, 2011. (ECF No. 365.) The Court denied Plaintiff's December 21, 2011 motion and **DENIES** her December 27, 2011 motion.

    **IT IS SO ORDERED.**

                                                     /s/ Gregory L. Frost
                                                     GREGORY L. FROST
                                                     UNITED STATES DISTRICT JUDGE